**Exhibit A**

**Confidential Settlement Agreement filed Under Seal Separately**